# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

Derrick McCoy,

Plaintiff(s),

v.

Alejandro Mayorkas,

Defendant(s).

Case No. 22 C 2690

Judge Daniel P. McLaughlin

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $       ,

which ☐ includes    pre–judgment interest.
☐ does not include pre–judgment interest.
Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).
☐ in favor of defendant(s)
and against plaintiff(s)       .

Defendant(s) shall recover costs from plaintiff(s).

X other: Defendant's Motion for Summary Judgment [49] is granted. Civil case terminated.

This action was *(check one)*:

☐ tried by a jury with Judge     presiding, and the jury has rendered a verdict.
☐ tried by Judge     without a jury and the above decision was reached.
X decided by Judge Daniel P. McLaughlin on Defendant's Motion for Summary Judgment [49] is granted. Civil case terminated.

Date: 2/26/2025

Thomas G. Bruton, Clerk of Court

Melanie A. Foster, Deputy Clerk